IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

ANA BRACHO,

    Plaintiff,                    CASE NO.: _____

vs.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.

_____/

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DADE DIVISION:

    Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, WESTERN WORLD INSURANCE COMPANY ("Western World"), by and through its undersigned counsel, gives notice of removal of this civil action, Case Number 2021-011281-CA-01 pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and hereby removes this action to the United States District Court for the Southern District of Florida, Miami-Dade Division. In support of its Notice of Removal, Western World states as follows:

    1.    On or about May 13, 2021, Plaintiff, ANA BRACHO (the "Plaintiff"), filed a Summons and Complaint, bearing Case Number 2021-011281-CA-01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

    2.    Western World is the sole defendant named in the Complaint (the "Complaint") filed by the Plaintiff, styled as *Ana Bracho v. Western World Insurance Company*. *See* Complaint, attached hereto as **Exhibit 1**.

7431809.1

3. Western World was served with Plaintiff's Summons and Complaint on May 27, 2021. *See* Notice of Service of Process, attached hereto as **Exhibit 2**.

4. This removal is effected and has been timely filed within one (1) year after commencement of the action and within thirty (30) days after Western World received service of Plaintiff's Summons and Complaint.

5. The United States District Court for the Southern District of Florida, Miami-Dade Division, is the Court and Division encompassing the county wherein such action is pending in state court.

6. This Court has jurisdiction over this matter and it is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

7. Pursuant to 28 U.S.C. § 1446(a), a copy of all papers filed in the record of the State Court action are attached hereto along with a copy of the docket as **Composite Exhibit 3**.

8. For the purposes of diversity of citizenship under 28 U.S.C. § 1332(c)(2), the Plaintiff is a citizen of the State of Florida. *See* Miami-Dade County Property Appraiser Record, attached hereto as **Exhibit 4**.

9. The Defendant, Western World, is a New Hampshire corporation and maintains its principal place of business in New Jersey. Western World is not a citizen of Florida.

10. This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441, in that all properly joined and served parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Plaintiff alleges that Western World issued an insurance policy (the "Policy") to Plaintiff to insure certain real property located at 10429 NW 63rd Terrace, Miami, FL 33174 (the "Property"). *See* **Exhibit 1** at ¶¶ 6, 7.

12. Plaintiff alleges, generally, that Western World has failed to indemnify Plaintiff from the amount of loss and that the amount in controversy exceeds $30,000.00. *See* **Exhibit 1** at ¶¶ 1, 10, attached and incorporated thereto.

13. As support that the amount in controversy exceeds $75,000, the Plaintiff submitted an estimate prepared by Santos Public Adjusters for Summary of Dwelling and Contents of the damages incurred to the Defendant in the amount of $113,093.98. *See* **Exhibit 5.**

14. Additionally, given that the Plaintiff seeks recovery for extensive damage to the insured Property, and in addition seek reimbursement of attorney's fees pursuant to Florida Statutes §627.428 *(Plaintiff's Complaint at* ¶ 13 and *WHEREFORE clause)*, it appears a reasonable probability that the amount in controversy exceeds $75,000.00, exclusive of interest and costs. See, *Kotchman v. State Farm Mut. Auto. Ins. Co.*, 2015 U.S. Dist. LEXIS 153918 (M.D. Fla. 2015) (district courts are permitted to make "reasonable deductions" and "reasonable inferences" in determining whether the case meets federal jurisdictional requirements).

15. Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with a copy of this Notice of Removal and a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

16. By filing this Notice of Removal, Western World does not waive, and hereby reserves all defenses and objections to the Plaintiff's Summons and Complaint, including, but not limited to, failure to state a claim, lack of personal jurisdiction, improper venue and/or insufficiency of service of process.

17. Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel hereby certifies that they have read the foregoing Notice of Removal, and that to the best of their knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and

is warranted by existing law or a good faith argument, and that it is not interposed for any improper purpose.

**WHEREFORE**, the Defendant, WESTERN WORLD INSURANCE COMPANY, respectfully requests that the above-referenced action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2021-011281-CA-01, be removed from that court to the United States District Court for the Southern District of Florida, Miami-Dade, and that this Court assume full jurisdiction over the cause herein as provided by law, and grant such further relief that this Court deems just and proper.

Dated: June 15, 2021.

**CLAUSEN MILLER P.C.**

By: /s/ *Douglas M. Cohen*
Douglas M. Cohen, Esq., FBN: 40857
Michael H. Scott, ESQ., FBN: 0119963
4830 West Kennedy Blvd. #600
Tampa, FL 33609
Tel: (813) 519-1013
dcohen@clausen.com
mscott@clausen.com
lbaez@clausen.com
*Attorneys for Defendant*

7431809.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2021, I electronically filed the foregoing document with the Clerk of Court via CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record.

> Carlos L. Santi, Esquire
> Property & Casualty Law Group
> 2307 Douglas Road, Suite 302
> Miami, FL 33145
> CSanti@pclawgroup.com

                                      **CLAUSEN MILLER P.C.**

By:    /s/ *Douglas M. Cohen*
           Douglas M. Cohen, Esq., FBN: 40857
           Michael H. Scott, ESQ., FBN: 0119963

7431809.1