Filing # 127686442 E-Filed 05/27/2021 02:45:35 PM
Case 1:21-cv-22199-BB Document 1-2 Entered on FLSD Docket 06/15/2021 Page 1 of 1

EXHIBIT "2"

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

| | |
|---|---|
| ANA BRACHO | **CASE #:** 2021-011281-CA-01 |
| | **COURT:** ELEVENTH JUDICAL CIRCUIT COURT |
| | **COUNTY:** MIAMI-DADE |
| PLAINTIFF(S) | **DFS-SOP #:** 21-000244978 |

VS.

WESTERN WORLD INSURANCE COMPANY

DEFENDANT(S)
_____/
SUMMONS, COMPLAINT, DISCOVERY

# NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Tuesday, May 25, 2021 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, May 27, 2021 to the designated agent for the named entity as shown below.

WESTERN WORLD INSURANCE COMPANY
JOHN KYLE
300 KIMBALL DRIVE
PARSIPPANY , NJ 07054

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

CARLOS SANTI
PROPERTY & CASUALTY LAW GROUP
2307 DOUGLAS ROAD
SUITE 302
MIAMI, FL 33145

JM1