

# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 6/14/2021

| Property Information | |
|---|---|
| Folio: | 35-3017-040-2720 |
| Property Address: | 10429 NW 63 TER<br>Doral, FL 33178-0000 |
| Owner | DIDIMO ANTONIO BRACHO URDANETA<br>ANA DELIA BRACHO PRIMERA |
| Mailing Address | 10429 NW 63 TER<br>DORAL, FL 33178 USA |
| PA Primary Zone | 4802 TRADITIONAL NBHD DISTRICT |
| Primary Land Use | 0410 RESIDENTIAL - TOTAL VALUE : TOWNHOUSE |
| Beds / Baths / Half | 4 / 3 / 1 |
| Floors | 3 |
| Living Units | 1 |
| Actual Area | 2,082 Sq.Ft |
| Living Area | 1,862 Sq.Ft |
| Adjusted Area | 1,862 Sq.Ft |
| Lot Size | 4,067 Sq.Ft |
| Year Built | 2017 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2021 | 2020 | 2019 |
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $380,000 | $380,000 | $423,000 |
| Assessed Value | $380,000 | $380,000 | $423,000 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2021 | 2020 | 2019 |
| Homestead | Exemption | $25,000 | | |
| Second Homestead | Exemption | $25,000 | | |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Short Legal Description |
|---|
| LANDMARK AT DORAL FIRST ADDITION |
| PB 171-026 T-23556 |
| LOT 1 BLK 97 |
| LOT SIZE 4067 SQ FT M/L |
| FAU 35 3017 038 2110 TGHRU 2170 & |



| Taxable Value Information | | | |
|---|---|---|---|
| | 2021 | 2020 | 2019 |
| **County** | | | |
| Exemption Value | $50,000 | $0 | $0 |
| Taxable Value | $330,000 | $380,000 | $423,000 |
| **School Board** | | | |
| Exemption Value | $25,000 | $0 | $0 |
| Taxable Value | $355,000 | $380,000 | $423,000 |
| **City** | | | |
| Exemption Value | $50,000 | $0 | $0 |
| Taxable Value | $330,000 | $380,000 | $423,000 |
| **Regional** | | | |
| Exemption Value | $50,000 | $0 | $0 |
| Taxable Value | $330,000 | $380,000 | $423,000 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 07/31/2017 | $580,300 | 30644-0836 | Qual by exam of deed |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: