
EXHIBIT "5"

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

| | |
|---|---|
| Insured: | Ana Bracho |
| Property: | 10429 NW 63rd Terr |
| | Miami, FL 33174 |

**Claim Number:** 156143  **Policy Number:** WHO8002519  **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 5/25/2020 12:00 AM | Date Received: | |
| Date Inspected: | | Date Entered: | 6/14/2020 9:41 PM |

| | |
|---|---|
| Price List: | FLMI8X_JUN20 |
| | Restoration/Service/Remodel |
| Estimate: | 2020-06-14-2041 |

\*\* Estimate Disclosure & Disclaimer\*\*
The insured(s) understand and agree that no promises have been expressly made or implied by Gustavo Santos Jr, any
representative with or on behalf of Santos Public Adjusters, its employees or vendors, regarding the outcome of this claim.

The work outlined in the following pages should be performed and are subject to and in accordance with any and all applicable standards
set forth by Federal, State, County, City, and Municipal building codes.

Insured(s) and any person(s) or Insurance Company that receives a copy of this estimate, on behalf of the Insured(s), understand and
agree that this is an estimate for insurance repairs. As such all estimate(s) prepared and furnished by Gustavo Santos Jr., any
representative with or on behalf of Santos Public Adjusters, its employees or vendors, do not guarantee or warrant that the amounts
being claimed will be in fact recovered as it is the responsible insurance carrier and not Gustavo Santos Jr., any representative with
or on behalf of Santos Public Adjusters, its employees or vendors who make the decision as to what is covered or not under the insurance
policy.

The Insured(s) agrees and understands that the scope of damages noted herein is based on a visual inspection only. Any and
all hidden damages will be addressed when they are discovered and brought to the attention of the preprare of this estimate.
Any errors and/or omissions discovered in this estimate are not to be construed as misrepresentations of facts or fraudulent statements
on the part of Gustavo Santos Jr, any representative with or on behalf of Santos Public Adjusters, its employees or vendors, or the
Insured(s). These errors/omissions/ mistakes are to be brought to the attention of the estimator/preparer/presenter at which time
The document will be reviewed and any necessary changes, corrections, revisions, will be completed as soon as possible.

The insured(s) reserves all rights and/or defenses afforded to them by their insurance policy and/or law and submittal of this
estimate does not constitute a waiver of any rights and/or defenses afforded.

"This estimate is subject to addendum should new information become available"

Pursuant to s.817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured,
prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a
claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete,
or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable
as provided in s.775.082, s.775.803, or s.775.084, Florida Statutes.



## Santos Public Adjusters

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

**2020-06-14-2041**

**Main Level**



| Kitchen / Family Room | | | | | Height: 8' |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| 726.39 SF Walls | | 433.04 SF Ceiling |
| 1,159.43 SF Walls & Ceiling | | 433.04 SF Floor |
| 48.12 SY Flooring | | 90.80 LF Floor Perimeter |
| 90.80 LF Ceil. Perimeter | | |

| | | |
|---|---|---|
| Missing Wall | 3' 10" X 8' | Opens into Exterior |
| Missing Wall | 1' 2 7/16" X 8' | Opens into LIVING_ROOM |
| Missing Wall | 3' 4" X 8' | Opens into LIVING_ROOM |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1.  Contents - move out then reset - Extra large room | 1.00 EA | 0.00 | 134.02 | 0.00 | 26.80 | 160.82 |
| 2.  Recessed light fixture - Detach & reset entire unit | 10.00 EA | 0.00 | 82.65 | 0.00 | 165.30 | 991.80 |
| 3.  Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 140.41 | 0.00 | 28.08 | 168.49 |
| 4.  Door bell/chime - Detach & reset | 1.00 EA | 0.00 | 37.27 | 0.00 | 7.46 | 44.73 |
| 5.  Remove Hanging light fixture | 2.00 EA | 12.49 | 0.00 | 0.00 | 5.00 | 29.98 |
| 6.  Install Hanging light fixture | 2.00 EA | 0.00 | 38.17 | 0.00 | 15.26 | 91.60 |
| 7.  R&R Cabinetry - lower (base) units - Detach & reset | 8.33 LF | 0.00 | 59.64 | 0.00 | 99.36 | 596.16 |
| 8.  R&R Countertop - Granite or Marble - High grade | 99.70 SF | 5.35 | 76.21 | 279.16 | 1,682.14 | 10,092.84 |
| 9.  Built-in oven - Detach & reset | 1.00 EA | 0.00 | 157.92 | 0.00 | 31.58 | 189.50 |
| 10.  Range hood - Detach & reset | 1.00 EA | 0.00 | 68.33 | 0.00 | 13.66 | 81.99 |
| 11.  Range - electric - Remove & reset | 1.00 EA | 0.00 | 32.32 | 0.00 | 6.46 | 38.78 |
| 12.  Dishwasher - Detach & reset | 1.00 EA | 0.00 | 259.62 | 0.00 | 51.92 | 311.54 |
| 13.  Refrigerator - Remove & reset | 1.00 EA | 0.00 | 32.32 | 0.00 | 6.46 | 38.78 |
| 14.  Sink - single - Detach & reset | 1.00 EA | 0.00 | 141.92 | 0.00 | 28.38 | 170.30 |
| 15.  Sink faucet - Detach & reset | 1.00 EA | 0.00 | 114.23 | 0.00 | 22.84 | 137.07 |
| 16.  R&R P-trap assembly - ABS (plastic) | 1.00 EA | 7.44 | 57.61 | 0.42 | 13.08 | 78.55 |
| 17.  R&R Angle stop valve | 2.00 EA | 4.96 | 32.98 | 1.01 | 15.38 | 92.27 |
| 18.  R&R Plumbing fixture supply line | 2.00 EA | 4.96 | 18.87 | 0.84 | 9.68 | 58.18 |
| 19.  Heat/AC register - Mechanically attached - Detach & reset | 3.00 EA | 0.00 | 13.13 | 0.00 | 7.88 | 47.27 |
| 20.  Light fixture - Detach & reset | 1.00 EA | 0.00 | 39.41 | 0.00 | 7.88 | 47.29 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

**CONTINUED - Kitchen / Family Room**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 21.  TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 0.00 | 110.25 | 0.00 | 22.06 | 132.31 |
| 22.  R&R Baseboard - 5 1/4" | 90.80 LF | 0.50 | 3.89 | 12.78 | 82.28 | 493.67 |
| 23.  Additional labor to remove tile from concrete slab | 433.04 SF | 1.73 | 0.00 | 0.00 | 149.84 | 899.00 |
| 24.  R&R Mortar bed for tile floors | 433.04 SF | 1.33 | 3.59 | 58.50 | 437.80 | 2,626.85 |
| 25.  Floor leveling cement - Heavy | 433.04 SF | 0.00 | 2.41 | 43.35 | 217.40 | 1,304.38 |
| 26.  R&R Tile floor covering - Premium grade | 433.04 SF | 2.49 | 13.63 | 300.40 | 1,456.20 | 8,737.21 |
| 27.  Mask and prep for paint - plastic, paper, tape (per LF) | 90.80 LF | 0.00 | 1.32 | 1.65 | 24.32 | 145.83 |
| 28.  Floor protection - self-adhesive plastic film | 433.04 SF | 0.00 | 0.60 | 3.94 | 52.74 | 316.50 |
| 29.  Texture drywall - smooth / skim coat | 1,159.43 SF | 0.00 | 1.38 | 10.55 | 322.12 | 1,932.68 |
| 30.  Seal the walls and ceiling w/PVA primer - one coat | 1,159.43 SF | 0.00 | 0.56 | 4.06 | 130.68 | 784.02 |
| 31.  Paint the walls and ceiling - two coats | 1,159.43 SF | 0.00 | 0.94 | 20.29 | 222.04 | 1,332.19 |
| 32.  Seal & paint baseboard - two coats | 90.80 LF | 0.00 | 1.40 | 0.70 | 25.56 | 153.38 |
| 33.  Grout sealer | 433.04 SF | 0.00 | 0.82 | 4.85 | 72.00 | 431.94 |
| 34.  Final cleaning - construction - Residential | 433.04 SF | 0.00 | 0.19 | 0.00 | 16.46 | 98.74 |
| Totals:  Kitchen / Family Room | | | | 742.50 | 5,476.10 | 32,856.64 |



**Pantry**  **Height: 8'**

| 151.99 SF Walls | 19.31 SF Ceiling |
|---|---|
| 171.30 SF Walls & Ceiling | 19.31 SF Floor |
| 2.15 SY Flooring | 19.00 LF Floor Perimeter |
| 19.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 35.  Contents - move out then reset | 1.00 EA | 0.00 | 44.68 | 0.00 | 8.94 | 53.62 |
| 36.  Shelving - wire (vinyl coated) - Detach & reset | 17.00 LF | 0.00 | 8.39 | 0.00 | 28.52 | 171.15 |
| 37.  R&R Baseboard - 5 1/4" | 19.00 LF | 0.50 | 3.89 | 2.67 | 17.22 | 103.30 |
| 38.  Additional labor to remove tile from concrete slab | 19.31 SF | 1.73 | 0.00 | 0.00 | 6.68 | 40.09 |
| 39.  R&R Mortar bed for tile floors | 19.31 SF | 1.33 | 3.59 | 2.61 | 19.52 | 117.13 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Pantry

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 40.  Floor leveling cement - Heavy | 19.31 SF | 0.00 | 2.41 | 1.93 | 9.68 | 58.15 |
| 41.  R&R Tile floor covering - Premium grade | 19.31 SF | 2.49 | 13.63 | 13.40 | 64.94 | 389.62 |
| 42.  Mask and prep for paint - plastic, paper, tape (per LF) | 19.00 LF | 0.00 | 1.32 | 0.35 | 5.10 | 30.53 |
| 43.  Floor protection - self-adhesive plastic film | 19.31 SF | 0.00 | 0.60 | 0.18 | 2.36 | 14.13 |
| 44.  Texture drywall - smooth / skim coat | 151.99 SF | 0.00 | 1.38 | 1.38 | 42.24 | 253.37 |
| 45.  Seal the walls w/PVA primer - one coat | 151.99 SF | 0.00 | 0.56 | 0.53 | 17.12 | 102.76 |
| 46.  Paint the walls - two coats | 151.99 SF | 0.00 | 0.94 | 2.66 | 29.12 | 174.65 |
| 47.  Seal & paint baseboard - two coats | 19.00 LF | 0.00 | 1.40 | 0.15 | 5.36 | 32.11 |
| 48.  Grout sealer | 19.31 SF | 0.00 | 0.82 | 0.22 | 3.20 | 19.25 |
| 49.  Final cleaning - construction - Residential | 19.31 SF | 0.00 | 0.19 | 0.00 | 0.74 | 4.41 |
| Totals:  Pantry | | | | 26.08 | 260.74 | 1,564.27 |



**Missing Wall**

| Stairs | | **Height: 16' 9"** |
|---|---|---|
| 119.55  SF Walls | 14.42  SF Ceiling | |
| 133.97  SF Walls & Ceiling | 27.29  SF Floor | |
| 3.03  SY Flooring | 9.32  LF Floor Perimeter | |
| 7.92  LF Ceil. Perimeter | | |

**Missing Wall**        **3' 10" X 16' 8 15/16"**        Opens into Exterior



| Subroom:  Stairs2 (1) | | **Height: 13' 7"** |
|---|---|---|
| 166.47  SF Walls | 24.80  SF Ceiling | |
| 191.28  SF Walls & Ceiling | 45.24  SF Floor | |
| 5.03  SY Flooring | 18.02  LF Floor Perimeter | |
| 15.26  LF Ceil. Perimeter | | |

**Missing Wall**        **3' 2" X 13' 7 7/16"**        Opens into STAIRS1
**Missing Wall**        **1" X 13' 7 7/16"**        Opens into MAIN



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Stairs



| Subroom: Stairs1 (2) | | Height: 13' 7'' |
|---|---|---|
| 86.27 SF Walls | 10.03 SF Ceiling | |
| 96.30 SF Walls & Ceiling | 10.03 SF Floor | |
| 1.11 SY Flooring | 6.33 LF Floor Perimeter | |
| 6.33 LF Ceil. Perimeter | | |

| Missing Wall | 3' 2'' X 13' 7 7/16'' | Opens into MAIN |
|---|---|---|
| Missing Wall | 3' 2'' X 13' 7 7/16'' | Opens into STAIRS2 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 50. Light fixture - Detach & reset | 2.00 EA | 0.00 | 39.41 | 0.00 | 15.76 | 94.58 |
| 51. R&R Baseboard - 5 1/4'' | 33.67 LF | 0.50 | 3.89 | 4.74 | 30.50 | 183.06 |
| 52. Additional labor to remove tile from concrete slab | 82.56 SF | 1.73 | 0.00 | 0.00 | 28.56 | 171.39 |
| 53. R&R Mortar bed for tile floors | 82.56 SF | 1.33 | 3.59 | 11.15 | 83.48 | 500.82 |
| 54. Floor leveling cement - Heavy | 82.56 SF | 0.00 | 2.41 | 8.26 | 41.46 | 248.69 |
| 55. R&R Tile floor covering - Premium grade | 82.56 SF | 2.49 | 13.63 | 57.27 | 277.64 | 1,665.77 |
| 56. Mask and prep for paint - plastic, paper, tape (per LF) | 29.51 LF | 0.00 | 1.32 | 0.54 | 7.90 | 47.39 |
| 57. Floor protection - self-adhesive plastic film | 82.56 SF | 0.00 | 0.60 | 0.75 | 10.06 | 60.35 |
| 58. Texture drywall - smooth / skim coat | 421.55 SF | 0.00 | 1.38 | 3.84 | 117.10 | 702.68 |
| 59. Seal the walls and ceiling w/PVA primer - one coat | 421.55 SF | 0.00 | 0.56 | 1.48 | 47.52 | 285.07 |
| 60. Paint the walls and ceiling - two coats | 421.55 SF | 0.00 | 0.94 | 7.38 | 80.74 | 484.38 |
| 61. Seal & paint baseboard - two coats | 33.67 LF | 0.00 | 1.40 | 0.26 | 9.48 | 56.88 |
| 62. Grout sealer | 82.56 SF | 0.00 | 0.82 | 0.92 | 13.72 | 82.34 |
| 63. Final cleaning - construction - Residential | 82.56 SF | 0.00 | 0.19 | 0.00 | 3.14 | 18.83 |

| Totals: Stairs | | | | 96.59 | 767.06 | 4,602.23 |
|---|---|---|---|---|---|---|



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818



| Living Room | | | | Height: 8' |
|---|---|---|---|---|
| 408.52 SF Walls | | 175.09 SF Ceiling | | |
| 583.61 SF Walls & Ceiling | | 175.09 SF Floor | | |
| 19.45 SY Flooring | | 51.07 LF Floor Perimeter | | |
| 51.07 LF Ceil. Perimeter | | | | |

| Missing Wall | 3' 4" X 8' | Opens into KITCHEN___FA |
|---|---|---|
| Missing Wall | 1' 2 7/16" X 8' | Opens into KITCHEN___FA |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 64. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 67.01 | 0.00 | 13.40 | 80.41 |
| 65. Window blind - horizontal or vertical - Detach & reset | 3.00 EA | 0.00 | 32.93 | 0.00 | 19.76 | 118.55 |
| 66. Remove Security system - key pad | 1.00 EA | 2.80 | 0.00 | 0.00 | 0.56 | 3.36 |
| 67. Install Security system - key pad | 1.00 EA | 0.00 | 79.50 | 0.00 | 15.90 | 95.40 |
| 68. Remove Security system - motion detector | 1.00 EA | 22.41 | 0.00 | 0.00 | 4.48 | 26.89 |
| 69. Install Security system - motion detector | 1.00 EA | 0.00 | 59.65 | 0.00 | 11.94 | 71.59 |
| 70. Recessed light fixture - Detach & reset entire unit | 4.00 EA | 0.00 | 82.65 | 0.00 | 66.12 | 396.72 |
| 71. Smoke detector - Detach & reset | 1.00 EA | 0.00 | 38.17 | 0.00 | 7.64 | 45.81 |
| 72. Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 13.13 | 0.00 | 2.62 | 15.75 |
| 73. R&R Wallpaper - High grade | 128.00 SF | 0.96 | 2.72 | 11.83 | 96.58 | 579.45 |
| 74. R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 0.97 | 0.98 | 1.39 | 12.76 | 76.55 |
| 75. R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.14 | 1.14 | 16.54 | 99.28 |
| 76. R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.05 | 1.03 | 15.94 | 95.69 |
| 77. R&R Baseboard - 5 1/4" | 51.07 LF | 0.50 | 3.89 | 7.19 | 46.28 | 277.67 |
| 78. Additional labor to remove tile from concrete slab | 175.09 SF | 1.73 | 0.00 | 0.00 | 60.58 | 363.49 |
| 79. R&R Mortar bed for tile floors | 175.09 SF | 1.33 | 3.59 | 23.65 | 177.04 | 1,062.13 |
| 80. Floor leveling cement - Heavy | 175.09 SF | 0.00 | 2.41 | 17.53 | 87.90 | 527.40 |
| 81. R&R Tile floor covering - Premium grade | 175.09 SF | 2.49 | 13.63 | 121.46 | 588.80 | 3,532.71 |
| 82. Mask and prep for paint - plastic, paper, tape (per LF) | 51.07 LF | 0.00 | 1.32 | 0.93 | 13.66 | 82.00 |
| 83. Floor protection - self-adhesive plastic film | 175.09 SF | 0.00 | 0.60 | 1.59 | 21.34 | 127.98 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 84. Texture drywall - smooth / skim coat | 455.61 SF | 0.00 | 1.38 | 4.15 | 126.58 | 759.47 |
| 85. Seal more than the ceiling w/PVA primer - one coat | 455.61 SF | 0.00 | 0.56 | 1.59 | 51.34 | 308.07 |
| 86. Paint more than the ceiling - two coats | 455.61 SF | 0.00 | 0.94 | 7.97 | 87.26 | 523.50 |
| 87. Seal & paint baseboard - two coats | 51.07 LF | 0.00 | 1.40 | 0.39 | 14.38 | 86.27 |
| 88. Grout sealer | 175.09 SF | 0.00 | 0.82 | 1.96 | 29.12 | 174.65 |
| 89. Final cleaning - construction - Residential | 175.09 SF | 0.00 | 0.19 | 0.00 | 6.66 | 39.93 |
| Totals: Living Room | | | | 203.80 | 1,595.18 | 9,570.72 |



**Closet 1**          **Height: 8'**

|  |  |
|---|---|
| 142.67 SF Walls | 14.63 SF Ceiling |
| 157.29 SF Walls & Ceiling | 14.63 SF Floor |
| 1.63 SY Flooring | 17.83 LF Floor Perimeter |
| 17.83 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 90. Contents - move out then reset | 1.00 EA | 0.00 | 44.68 | 0.00 | 8.94 | 53.62 |
| 91. Bypass (sliding) door set - slabs only - Detach & reset | 1.00 EA | 0.00 | 27.40 | 0.00 | 5.48 | 32.88 |
| 92. Shelving - wire (vinyl coated) - Detach & reset | 6.75 LF | 0.00 | 8.39 | 0.00 | 11.32 | 67.95 |
| 93. R&R Baseboard - 5 1/4" | 17.83 LF | 0.50 | 3.89 | 2.51 | 16.16 | 96.95 |
| 94. Additional labor to remove tile from concrete slab | 14.63 SF | 1.73 | 0.00 | 0.00 | 5.06 | 30.37 |
| 95. R&R Mortar bed for tile floors | 14.63 SF | 1.33 | 3.59 | 1.98 | 14.80 | 88.76 |
| 96. Floor leveling cement - Heavy | 14.63 SF | 0.00 | 2.41 | 1.46 | 7.36 | 44.08 |
| 97. R&R Tile floor covering - Premium grade | 14.63 SF | 2.49 | 13.63 | 10.15 | 49.20 | 295.19 |
| 98. Mask and prep for paint - plastic, paper, tape (per LF) | 17.83 LF | 0.00 | 1.32 | 0.32 | 4.76 | 28.62 |
| 99. Floor protection - self-adhesive plastic film | 14.63 SF | 0.00 | 0.60 | 0.13 | 1.78 | 10.69 |
| 100. Texture drywall - smooth / skim coat | 142.67 SF | 0.00 | 1.38 | 1.30 | 39.64 | 237.82 |
| 101. Seal the walls w/PVA primer - one coat | 142.67 SF | 0.00 | 0.56 | 0.50 | 16.08 | 96.48 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

**CONTINUED - Closet 1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 102.  Paint the walls - two coats | 142.67 SF | 0.00 | 0.94 | 2.50 | 27.32 | 163.93 |
| 103.  Seal & paint baseboard - two coats | 17.83 LF | 0.00 | 1.40 | 0.14 | 5.02 | 30.12 |
| 104.  Grout sealer | 14.63 SF | 0.00 | 0.82 | 0.16 | 2.44 | 14.60 |
| 105.  Final cleaning - construction - Residential | 14.63 SF | 0.00 | 0.19 | 0.00 | 0.56 | 3.34 |
| Totals:  Closet 1 | | | | 21.15 | 215.92 | 1,295.40 |



**Bedroom 1**                                                                                          **Height: 8'**

| | | |
|---|---|---|
| 333.16 SF Walls | | 108.22 SF Ceiling |
| 441.37 SF Walls & Ceiling | | 108.22 SF Floor |
| 12.02 SY Flooring | | 41.64 LF Floor Perimeter |
| 41.64 LF Ceil. Perimeter | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 106.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 67.01 | 0.00 | 13.40 | 80.41 |
| 107.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 13.13 | 0.00 | 2.62 | 15.75 |
| 108.  Smoke detector - Detach & reset | 1.00 EA | 0.00 | 38.17 | 0.00 | 7.64 | 45.81 |
| 109.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 32.93 | 0.00 | 6.58 | 39.51 |
| 110.  R&R Wallpaper - High grade | 86.67 SF | 0.96 | 2.72 | 8.01 | 65.38 | 392.33 |
| 111.  R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 0.97 | 0.98 | 1.39 | 12.76 | 76.55 |
| 112.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.14 | 1.14 | 16.54 | 99.28 |
| 113.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.05 | 1.03 | 15.94 | 95.69 |
| 114.  R&R Baseboard - 5 1/4" | 41.64 LF | 0.50 | 3.89 | 5.86 | 37.74 | 226.40 |
| 115.  Additional labor to remove tile from concrete slab | 108.22 SF | 1.73 | 0.00 | 0.00 | 37.44 | 224.66 |
| 116.  R&R Mortar bed for tile floors | 108.22 SF | 1.33 | 3.59 | 14.62 | 109.40 | 656.46 |
| 117.  Floor leveling cement - Heavy | 108.22 SF | 0.00 | 2.41 | 10.83 | 54.32 | 325.96 |
| 118.  R&R Tile floor covering - Premium grade | 108.22 SF | 2.49 | 13.63 | 75.07 | 363.92 | 2,183.50 |
| 119.  Mask and prep for paint - plastic, paper, tape (per LF) | 41.64 LF | 0.00 | 1.32 | 0.76 | 11.16 | 66.88 |

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Bedroom 1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 120.  Floor protection - self-adhesive plastic film | 108.22 SF | 0.00 | 0.60 | 0.98 | 13.18 | 79.09 |
| 121.  Texture drywall - smooth / skim coat | 441.37 SF | 0.00 | 1.38 | 4.02 | 122.62 | 735.73 |
| 122.  Seal the walls and ceiling w/PVA primer - one coat | 441.37 SF | 0.00 | 0.56 | 1.54 | 49.74 | 298.45 |
| 123.  Paint the walls and ceiling - two coats | 441.37 SF | 0.00 | 0.94 | 7.72 | 84.52 | 507.13 |
| 124.  Seal & paint baseboard - two coats | 41.64 LF | 0.00 | 1.40 | 0.32 | 11.72 | 70.34 |
| 125.  Grout sealer | 108.22 SF | 0.00 | 0.82 | 1.21 | 17.98 | 107.93 |
| 126.  Final cleaning - construction - Residential | 108.22 SF | 0.00 | 0.19 | 0.00 | 4.12 | 24.68 |
| Totals:  Bedroom 1 | | | | 134.50 | 1,058.72 | 6,352.54 |
| Total: Main Level | | | | **1,224.62** | **9,373.72** | **56,241.80** |

### Second Floor



**Bedroom 1**  **Height: 8'**

| | |
|---|---|
| 339.39 SF Walls | 106.13 SF Ceiling |
| 445.52 SF Walls & Ceiling | 106.13 SF Floor |
| 11.79 SY Flooring | 42.42 LF Floor Perimeter |
| 42.42 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 127.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 67.01 | 0.00 | 13.40 | 80.41 |
| 128.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 32.93 | 0.00 | 6.58 | 39.51 |
| 129.  Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 140.41 | 0.00 | 28.08 | 168.49 |
| 130.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 13.13 | 0.00 | 2.62 | 15.75 |
| 131.  TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 0.00 | 110.25 | 0.00 | 22.06 | 132.31 |
| 132.  R&R Wallpaper - High grade | 78.00 SF | 0.96 | 2.72 | 7.21 | 58.86 | 353.11 |
| 133.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.05 | 1.03 | 15.94 | 95.69 |
| 134.  R&R Baseboard - 5 1/4" | 42.42 LF | 0.50 | 3.89 | 5.97 | 38.44 | 230.63 |
| 135.  Additional labor to remove tile from concrete slab | 106.13 SF | 1.73 | 0.00 | 0.00 | 36.72 | 220.32 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Bedroom 1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 136.  R&R Mortar bed for tile floors | 106.13 SF | 1.33 | 3.59 | 14.34 | 107.30 | 643.80 |
| 137.  Floor leveling cement - Heavy | 106.13 SF | 0.00 | 2.41 | 10.62 | 53.28 | 319.67 |
| 138.  R&R Tile floor covering - Premium grade | 106.13 SF | 2.49 | 13.63 | 73.62 | 356.90 | 2,141.33 |
| 139.  Mask and prep for paint - plastic, paper, tape (per LF) | 42.42 LF | 0.00 | 1.32 | 0.77 | 11.36 | 68.12 |
| 140.  Floor protection - self-adhesive plastic film | 106.13 SF | 0.00 | 0.60 | 0.97 | 12.94 | 77.59 |
| 141.  Texture drywall - smooth / skim coat | 445.52 SF | 0.00 | 1.38 | 4.05 | 123.78 | 742.65 |
| 142.  Seal the walls and ceiling w/PVA primer - one coat | 445.52 SF | 0.00 | 0.56 | 1.56 | 50.22 | 301.27 |
| 143.  Paint the walls and ceiling - two coats | 445.52 SF | 0.00 | 0.94 | 7.80 | 85.32 | 511.91 |
| 144.  Seal & paint baseboard - two coats | 42.42 LF | 0.00 | 1.40 | 0.33 | 11.94 | 71.66 |
| 145.  Grout sealer | 106.13 SF | 0.00 | 0.82 | 1.19 | 17.64 | 105.86 |
| 146.  Final cleaning - construction - Residential | 106.13 SF | 0.00 | 0.19 | 0.00 | 4.04 | 24.20 |

| Totals:  Bedroom 1 | | | | 129.46 | 1,057.42 | 6,344.28 |
|---|---|---|---|---|---|---|



**Closet 1**           **Height: 8'**

| 124.26 SF Walls | 12.89 SF Ceiling |
|---|---|
| 137.15 SF Walls & Ceiling | 12.89 SF Floor |
| 1.43 SY Flooring | 15.53 LF Floor Perimeter |
| 15.53 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 147.  Contents - move out then reset | 1.00 EA | 0.00 | 44.68 | 0.00 | 8.94 | 53.62 |
| 148.  Closet Organizer - Melamine or Wire - Detach & reset | 15.53 LF | 0.00 | 52.59 | 0.00 | 163.34 | 980.06 |
| 149.  Bypass (sliding) door set - slabs only - Detach & reset | 1.00 EA | 0.00 | 27.40 | 0.00 | 5.48 | 32.88 |
| 150.  R&R Baseboard - 5 1/4" | 15.53 LF | 0.50 | 3.89 | 2.19 | 14.08 | 84.45 |
| 151.  R&R Vapor barrier - visqueen - 6mil | 12.89 SF | 0.09 | 0.29 | 0.04 | 0.98 | 5.92 |
| 152.  Additional labor to remove tile from concrete slab | 12.89 SF | 1.73 | 0.00 | 0.00 | 4.46 | 26.76 |
| 153.  R&R Mortar bed for tile floors | 12.89 SF | 1.33 | 3.59 | 1.74 | 13.02 | 78.18 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

**CONTINUED - Closet 1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 154.  Floor leveling cement - Heavy | 12.89 SF | 0.00 | 2.41 | 1.29 | 6.48 | 38.83 |
| 155.  R&R Tile floor covering - Premium grade | 12.89 SF | 2.49 | 13.63 | 8.94 | 43.34 | 260.07 |
| 156.  Floor protection - self-adhesive plastic film | 12.89 SF | 0.00 | 0.60 | 0.12 | 1.56 | 9.41 |
| 157.  Texture drywall - smooth / skim coat | 124.26 SF | 0.00 | 1.38 | 1.13 | 34.52 | 207.13 |
| 158.  Seal the walls w/PVA primer - one coat | 124.26 SF | 0.00 | 0.56 | 0.43 | 14.00 | 84.02 |
| 159.  Paint the walls - two coats | 124.26 SF | 0.00 | 0.94 | 2.17 | 23.80 | 142.77 |
| 160.  Seal & paint baseboard - two coats | 15.53 LF | 0.00 | 1.40 | 0.12 | 4.36 | 26.22 |
| 161.  Grout sealer | 12.89 SF | 0.00 | 0.82 | 0.14 | 2.14 | 12.85 |
| 162.  Final cleaning - construction - Residential | 12.89 SF | 0.00 | 0.19 | 0.00 | 0.50 | 2.95 |
| Totals:  Closet 1 | | | | 18.31 | 341.00 | 2,046.12 |



**Bedroom 2**  **Height: 8'**

335.80 SF Walls
441.77 SF Walls & Ceiling
11.77 SY Flooring
41.98 LF Ceil. Perimeter

105.97 SF Ceiling
105.97 SF Floor
41.98 LF Floor Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 163.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 67.01 | 0.00 | 13.40 | 80.41 |
| 164.  Window blind - horizontal or vertical - Detach & reset | 1.00 EA | 0.00 | 32.93 | 0.00 | 6.58 | 39.51 |
| 165.  TV Brackets - Wall or ceiling mounted - Detach & reset | 1.00 EA | 0.00 | 110.25 | 0.00 | 22.06 | 132.31 |
| 166.  Ceiling fan - Detach & reset | 1.00 EA | 0.00 | 140.41 | 0.00 | 28.08 | 168.49 |
| 167.  Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 0.00 | 13.13 | 0.00 | 5.26 | 31.52 |
| 168.  R&R Wallpaper - High grade | 335.80 SF | 0.96 | 2.72 | 31.03 | 253.36 | 1,520.14 |
| 169.  R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 0.97 | 0.98 | 1.39 | 12.76 | 76.55 |
| 170.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.14 | 1.14 | 16.54 | 99.28 |
| 171.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.05 | 1.03 | 15.94 | 95.69 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

**CONTINUED - Bedroom 2**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 172.  R&R Baseboard - 5 1/4" | 41.98 LF | 0.50 | 3.89 | 5.91 | 38.04 | 228.24 |
| 173.  Additional labor to remove tile from concrete slab | 105.97 SF | 1.73 | 0.00 | 0.00 | 36.66 | 219.99 |
| 174.  R&R Mortar bed for tile floors | 105.97 SF | 1.33 | 3.59 | 14.32 | 107.12 | 642.81 |
| 175.  Floor leveling cement - Heavy | 105.97 SF | 0.00 | 2.41 | 10.61 | 53.20 | 319.20 |
| 176.  R&R Tile floor covering - Premium grade | 105.97 SF | 2.49 | 13.63 | 73.51 | 356.36 | 2,138.11 |
| 177.  Mask and prep for paint - plastic, paper, tape (per LF) | 41.98 LF | 0.00 | 1.32 | 0.76 | 11.24 | 67.41 |
| 178.  Floor protection - self-adhesive plastic film | 105.97 SF | 0.00 | 0.60 | 0.96 | 12.92 | 77.46 |
| 179.  Texture drywall - smooth / skim coat | 441.77 SF | 0.00 | 1.38 | 4.02 | 122.72 | 736.38 |
| 180.  Seal the walls and ceiling w/PVA primer - one coat | 441.77 SF | 0.00 | 0.56 | 1.55 | 49.80 | 298.74 |
| 181.  Paint the walls and ceiling - two coats | 441.77 SF | 0.00 | 0.94 | 7.73 | 84.60 | 507.59 |
| 182.  Seal & paint baseboard - two coats | 41.98 LF | 0.00 | 1.40 | 0.32 | 11.82 | 70.91 |
| 183.  Grout sealer | 105.97 SF | 0.00 | 0.82 | 1.19 | 17.62 | 105.71 |
| 184.  Final cleaning - construction - Residential | 105.97 SF | 0.00 | 0.19 | 0.00 | 4.02 | 24.15 |
| Totals:  Bedroom 2 | | | | 155.47 | 1,280.10 | 7,680.60 |



| Closet 2 | | | | | Height: 8' | |
|---|---|---|---|---|---|---|

118.65  SF Walls                 10.73  SF Ceiling
129.38  SF Walls & Ceiling      10.73  SF Floor
1.19  SY Flooring              14.83  LF Floor Perimeter
14.83  LF Ceil. Perimeter

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 185.  Contents - move out then reset | 1.00 EA | 0.00 | 44.68 | 0.00 | 8.94 | 53.62 |
| 186.  Closet Organizer - Melamine or Wire - Detach & reset | 14.83 LF | 0.00 | 52.59 | 0.00 | 155.98 | 935.89 |
| 187.  Bypass (sliding) door set - slabs only - Detach & reset | 1.00 EA | 0.00 | 27.40 | 0.00 | 5.48 | 32.88 |
| 188.  R&R Baseboard - 5 1/4" | 14.83 LF | 0.50 | 3.89 | 2.09 | 13.44 | 80.64 |
| 189.  Additional labor to remove tile from concrete slab | 10.73 SF | 1.73 | 0.00 | 0.00 | 3.72 | 22.28 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Closet 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 190.  R&R Mortar bed for tile floors | 10.73 SF | 1.33 | 3.59 | 1.45 | 10.86 | 65.10 |
| 191.  Floor leveling cement - Heavy | 10.73 SF | 0.00 | 2.41 | 1.07 | 5.40 | 32.33 |
| 192.  R&R Tile floor covering - Premium grade | 10.73 SF | 2.49 | 13.63 | 7.44 | 36.08 | 216.49 |
| 193.  Mask and prep for paint - plastic, paper, tape (per LF) | 14.83 LF | 0.00 | 1.32 | 0.27 | 3.98 | 23.83 |
| 194.  Floor protection - self-adhesive plastic film | 10.73 SF | 0.00 | 0.60 | 0.10 | 1.30 | 7.84 |
| 195.  Texture drywall - smooth / skim coat | 118.65 SF | 0.00 | 1.38 | 1.08 | 32.96 | 197.78 |
| 196.  Seal the walls w/PVA primer - one coat | 118.65 SF | 0.00 | 0.56 | 0.42 | 13.36 | 80.22 |
| 197.  Paint the walls - two coats | 118.65 SF | 0.00 | 0.94 | 2.08 | 22.72 | 136.33 |
| 198.  Seal & paint baseboard - two coats | 14.83 LF | 0.00 | 1.40 | 0.11 | 4.18 | 25.05 |
| 199.  Grout sealer | 10.73 SF | 0.00 | 0.82 | 0.12 | 1.78 | 10.70 |
| 200.  Final cleaning - construction - Residential | 10.73 SF | 0.00 | 0.19 | 0.00 | 0.40 | 2.44 |
| Totals:  Closet 2 | | | | 16.23 | 320.58 | 1,923.42 |



**Open Area 2**                                                           **Height: 8'**

| | |
|---|---|
| 322.90 SF Walls | 77.34 SF Ceiling |
| 400.24 SF Walls & Ceiling | 77.34 SF Floor |
| 8.59 SY Flooring | 40.36 LF Floor Perimeter |
| 40.36 LF Ceil. Perimeter | |

**Missing Wall**            **2' 11" X 8'**            **Opens into Exterior**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 201.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 67.01 | 0.00 | 13.40 | 80.41 |
| 202.  Smoke detector - Detach & reset | 1.00 EA | 0.00 | 38.17 | 0.00 | 7.64 | 45.81 |
| 203.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 0.00 | 13.13 | 0.00 | 2.62 | 15.75 |
| 204.  Recessed light fixture - Detach & reset entire unit | 4.00 EA | 0.00 | 82.65 | 0.00 | 66.12 | 396.72 |
| 205.  Cold air return cover - Detach & reset | 1.00 EA | 0.00 | 17.91 | 0.00 | 3.58 | 21.49 |
| 206.  R&R Blown-in insulation - 12" depth - R30 | 32.00 SF | 0.97 | 0.98 | 1.39 | 12.76 | 76.55 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

**CONTINUED - Open Area 2**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 207.  R&R 5/8" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.14 | 1.14 | 16.54 | 99.28 |
| 208.  R&R 1/2" drywall - hung, taped, ready for texture | 32.00 SF | 0.41 | 2.05 | 1.03 | 15.94 | 95.69 |
| 209.  R&R Baseboard - 5 1/4" | 40.36 LF | 0.50 | 3.89 | 5.68 | 36.58 | 219.44 |
| 210.  Additional labor to remove tile from concrete slab | 77.34 SF | 1.73 | 0.00 | 0.00 | 26.76 | 160.56 |
| 211.  R&R Mortar bed for tile floors | 77.34 SF | 1.33 | 3.59 | 10.45 | 78.22 | 469.18 |
| 212.  Floor leveling cement - Heavy | 77.34 SF | 0.00 | 2.41 | 7.74 | 38.82 | 232.95 |
| 213.  R&R Tile floor covering - Premium grade | 77.34 SF | 2.49 | 13.63 | 53.65 | 260.08 | 1,560.45 |
| 214.  Mask and prep for paint - plastic, paper, tape (per LF) | 40.36 LF | 0.00 | 1.32 | 0.73 | 10.80 | 64.81 |
| 215.  Floor protection - self-adhesive plastic film | 77.34 SF | 0.00 | 0.60 | 0.70 | 9.42 | 56.52 |
| 216.  Texture drywall - smooth / skim coat | 400.24 SF | 0.00 | 1.38 | 3.64 | 111.18 | 667.15 |
| 217.  Seal the walls and ceiling w/PVA primer - one coat | 400.24 SF | 0.00 | 0.56 | 1.40 | 45.10 | 270.63 |
| 218.  Paint the walls and ceiling - two coats | 400.24 SF | 0.00 | 0.94 | 7.00 | 76.64 | 459.87 |
| 219.  Seal & paint baseboard - two coats | 40.36 LF | 0.00 | 1.40 | 0.31 | 11.36 | 68.17 |
| 220.  Grout sealer | 77.34 SF | 0.00 | 0.82 | 0.87 | 12.86 | 77.15 |
| 221.  Final cleaning - construction - Residential | 77.34 SF | 0.00 | 0.19 | 0.00 | 2.94 | 17.63 |

| Totals:  Open Area 2 | | | | 95.73 | 859.36 | 5,156.21 |
|---|---|---|---|---|---|---|



**Stairs**                                                                **Height: 16' 9''**

224.91  SF Walls                                    24.00  SF Ceiling
248.91  SF Walls & Ceiling                          41.87  SF Floor
4.65  SY Flooring                                   19.06  LF Floor Perimeter
16.17  LF Ceil. Perimeter

**Missing Wall**                    **3' X 16' 8 15/16''**                    **Opens into Exterior**



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### CONTINUED - Stairs



| Subroom: Stairs1 (2) | | Height: 11' 1'' |
| --- | --- | --- |
| 70.45 SF Walls | | 10.01 SF Ceiling |
| 80.46 SF Walls & Ceiling | | 10.03 SF Floor |
| 1.11 SY Flooring | | 6.33 LF Floor Perimeter |
| 6.33 LF Ceil. Perimeter | | |

| **Missing Wall** | 3' X 11' 1 1/2'' | Opens into STAIRS |
| **Missing Wall** | 3' X 11' 1 1/2'' | Opens into STAIRS2 |



| Subroom: Stairs2 (3) | | Height: 11' 1'' |
| --- | --- | --- |
| 47.64 SF Walls | | 6.50 SF Ceiling |
| 54.14 SF Walls & Ceiling | | 12.37 SF Floor |
| 1.37 SY Flooring | | 5.39 LF Floor Perimeter |
| 4.67 LF Ceil. Perimeter | | |

| **Missing Wall** | 3' X 11' 1 1/2'' | Opens into STAIRS1 |
| **Missing Wall** | 3' X 11' 1 1/2'' | Opens into STAIRS3 |



| Subroom: Stairs3 (4) | | Height: 9' 3'' |
| --- | --- | --- |
| 58.58 SF Walls | | 10.01 SF Ceiling |
| 68.59 SF Walls & Ceiling | | 10.03 SF Floor |
| 1.11 SY Flooring | | 6.33 LF Floor Perimeter |
| 6.33 LF Ceil. Perimeter | | |

| **Missing Wall** | 3' X 9' 3'' | Opens into STAIRS2 |
| **Missing Wall** | 3' X 9' 3'' | Opens into STAIRS4 |

| Subroom: Stairs4 (5) | | Height: 9' 3'' |
| --- | --- | --- |
| 15.81 SF Walls | | 2.50 SF Ceiling |
| 18.31 SF Walls & Ceiling | | 6.37 SF Floor |
| 0.71 SY Flooring | | 2.29 LF Floor Perimeter |
| 1.83 LF Ceil. Perimeter | | |

| **Missing Wall** | 3' X 9' 3'' | Opens into STAIRS3 |
| **Missing Wall** | 3' X 9' 3'' | Opens into STAIRS5 |



**Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

**CONTINUED - Stairs**



| Subroom:  Stairs5 (1) | | Height: 8' |
|---|---|---|
| 53.33  SF Walls | | 10.00  SF Ceiling |
| 63.33  SF Walls & Ceiling | | 10.00  SF Floor |
| 1.11  SY Flooring | | 6.67  LF Floor Perimeter |
| 6.67  LF Ceil. Perimeter | | |

| Missing Wall | 3' X 8' | Opens into STAIRS4 |
|---|---|---|
| Missing Wall | 3' X 8' | Opens into Exterior |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 222.  R&R Baseboard - 5 1/4" | 46.07 LF | 0.50 | 3.89 | 6.48 | 41.74 | 250.47 |
| 223.  Additional labor to remove tile from concrete slab | 90.67 SF | 1.73 | 0.00 | 0.00 | 31.38 | 188.24 |
| 224.  R&R Mortar bed for tile floors | 90.67 SF | 1.33 | 3.59 | 12.25 | 91.68 | 550.03 |
| 225.  Floor leveling cement - Heavy | 90.67 SF | 0.00 | 2.41 | 9.08 | 45.52 | 273.11 |
| 226.  R&R Tile floor covering - Premium grade | 90.67 SF | 2.49 | 13.63 | 62.90 | 304.90 | 1,829.40 |
| 227.  Mask and prep for paint - plastic, paper, tape (per LF) | 42.00 LF | 0.00 | 1.32 | 0.76 | 11.24 | 67.44 |
| 228.  Floor protection - self-adhesive plastic film | 90.67 SF | 0.00 | 0.60 | 0.83 | 11.04 | 66.27 |
| 229.  Texture drywall - smooth / skim coat | 533.75 SF | 0.00 | 1.38 | 4.86 | 148.30 | 889.74 |
| 230.  Seal the walls and ceiling w/PVA primer - one coat | 533.75 SF | 0.00 | 0.56 | 1.87 | 60.16 | 360.93 |
| 231.  Paint the walls and ceiling - two coats | 533.75 SF | 0.00 | 0.94 | 9.34 | 102.20 | 613.27 |
| 232.  Seal & paint baseboard - two coats | 46.07 LF | 0.00 | 1.40 | 0.35 | 12.98 | 77.83 |
| 233.  Grout sealer | 90.67 SF | 0.00 | 0.82 | 1.02 | 15.08 | 90.45 |
| 234.  Final cleaning - construction - Residential | 90.67 SF | 0.00 | 0.19 | 0.00 | 3.44 | 20.67 |
| Totals:  Stairs | | | | 109.74 | 879.66 | 5,277.85 |
| Total: Second Floor | | | | 524.94 | 4,738.12 | 28,428.48 |

**Third Floor**

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818



| Terrace | | Height: 8' |
|---|---|---|
| 502.50 SF Walls | 227.98 SF Ceiling | |
| 730.48 SF Walls & Ceiling | 227.98 SF Floor | |
| 25.33 SY Flooring | 59.92 LF Floor Perimeter | |
| 77.26 LF Ceil. Perimeter | | |

| **Missing Wall** | **5" X 8'** | **Opens into ROOM1** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **5' 9" X 6' 8"** | **Opens into ROOM1** |
| **Missing Wall - Goes to Floor** | **8' 7" X 6' 8"** | **Opens into ROOM3** |
| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into ROOM4** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 235. Sink - single - Detach & reset | 1.00 EA | 0.00 | 141.92 | 0.00 | 28.38 | 170.30 |
| 236. Sink faucet - Detach & reset | 1.00 EA | 0.00 | 114.23 | 0.00 | 22.84 | 137.07 |
| 237. R&R P-trap assembly - ABS (plastic) | 1.00 EA | 7.44 | 57.61 | 0.42 | 13.08 | 78.55 |
| 238. R&R Angle stop valve | 2.00 EA | 4.96 | 32.98 | 1.01 | 15.38 | 92.27 |
| 239. R&R Plumbing fixture supply line | 2.00 EA | 4.96 | 18.87 | 0.84 | 9.68 | 58.18 |
| 240. Refrigerator - Remove & reset | 1.00 EA | 0.00 | 32.32 | 0.00 | 6.46 | 38.78 |
| 241. Additional labor to remove tile from concrete slab | 227.98 SF | 1.73 | 0.00 | 0.00 | 78.88 | 473.29 |
| 242. R&R Mortar bed for tile floors | 227.98 SF | 1.33 | 3.59 | 30.80 | 230.50 | 1,382.96 |
| 243. Floor leveling cement - Heavy | 227.98 SF | 0.00 | 2.41 | 22.82 | 114.44 | 686.69 |
| 244. R&R Tile floor covering - Premium grade | 227.98 SF | 2.49 | 13.63 | 158.15 | 766.66 | 4,599.85 |
| 245. Mask and prep for paint - plastic, paper, tape (per LF) | 77.26 LF | 0.00 | 1.32 | 1.41 | 20.68 | 124.07 |
| 246. Floor protection - self-adhesive plastic film | 227.98 SF | 0.00 | 0.60 | 2.07 | 27.78 | 166.64 |
| 247. Texture drywall - smooth / skim coat | 502.50 SF | 0.00 | 1.38 | 4.57 | 139.62 | 837.64 |
| 248. Seal the walls w/PVA primer - one coat | 502.50 SF | 0.00 | 0.56 | 1.76 | 56.64 | 339.80 |
| 249. Paint the walls - two coats | 502.50 SF | 0.00 | 0.94 | 8.79 | 96.24 | 577.38 |
| 250. Grout sealer | 227.98 SF | 0.00 | 0.82 | 2.55 | 37.90 | 227.39 |
| 251. Final cleaning - construction - Residential | 227.98 SF | 0.00 | 0.19 | 0.00 | 8.66 | 51.98 |
| Totals: Terrace | | | | 235.19 | 1,673.82 | 10,042.84 |
| Total: Third Floor | | | | **235.19** | **1,673.82** | **10,042.84** |

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### Pack - in & Pack - out

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 252.  Contents Evaluation and/or Supervisor/Admin - per hour | 8.00 HR | 0.00 | 58.08 | 0.00 | 92.92 | 557.56 |
| This Item including necessary supervisor and inspection of safely unpack personal property on move back day | | | | | | |
| 253.  Inventory, Packing, Boxing, and Moving charge - per hour | 18.00 HR | 0.00 | 32.75 | 0.00 | 117.90 | 707.40 |
| The above line item is for 3 technicians for 6 hours each to safely unpack personal property and place in location & Assemble as necessary | | | | | | |
| 254.  Inventory, Packing, Boxing, and Moving charge - per hour | 14.00 HR | 0.00 | 32.75 | 0.00 | 91.70 | 550.20 |
| The above line item is for 2 technicians for 7 hours to Move content safely from our location and into house Unpacking | | | | | | |
| 255.  Off-site storage & insur. - climate controlled - per month | 500.00 SF | 0.00 | 1.85 | 64.75 | 197.96 | 1,187.71 |
| Storage space for 1 month Move Back | | | | | | |
| 256.  Contents Evaluation and/or Supervisor/Admin - per hour | 8.00 HR | 0.00 | 58.08 | 0.00 | 92.92 | 557.56 |
| This Item including necessary supervisor for move out Storage | | | | | | |
| 257.  Inventory, Packing, Boxing, and Moving charge - per hour | 18.00 HR | 0.00 | 32.75 | 0.00 | 117.90 | 707.40 |
| The above line item is for 3 technicians for 6 hours to Dismantle , Load, and transport personal property to storage facility. | | | | | | |
| 258.  Moving van (21'-27') and equipment - per day | 2.00 EA | 0.00 | 180.00 | 0.00 | 72.00 | 432.00 |
| Moving from location and back Move Out | | | | | | |
| 259.  Contents Evaluation and/or Supervisor/Admin - per hour | 10.00 HR | 0.00 | 58.08 | 0.00 | 116.16 | 696.96 |
| This Item including necessary supervisor for pack up. | | | | | | |
| 260.  Inventory, Packing, Boxing, and Moving charge - per hour | 25.00 HR | 0.00 | 32.75 | 0.00 | 163.76 | 982.51 |
| The above line item is for 2 technicians for 12.5 hours each necessary to identify, inventory, and safely pack personal property . | | | | | | |
| 261.  Provide furniture heavyweight blanket/pad | 40.00 EA | 0.00 | 14.91 | 41.75 | 127.64 | 765.79 |
| Packing | | | | | | |
| 262.  Bubble Wrap - Add-on cost for fragile items | 350.00 LF | 0.00 | 0.22 | 5.39 | 16.48 | 98.87 |
| 263.  Provide stretch film/wrap | 2.00 RL | 0.00 | 23.99 | 3.36 | 10.28 | 61.62 |
| 264.  Provide box & tape - medium size | 50.00 EA | 0.00 | 2.83 | 3.40 | 28.30 | 173.20 |
| The following item for medium boxes necessary for pack out of personal property | | | | | | |
| Totals:  Pack - in & Pack - out | | | | 118.65 | 1,245.92 | 7,478.78 |

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### Permits & Additionals

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 265.  General clean - up | 10.00 HR | 0.00 | 32.49 | 0.01 | 64.98 | 389.89 |
| 266.  General Laborer - per hour | 40.00 HR | 0.00 | 32.75 | 0.00 | 262.00 | 1,572.00 |
| 267.  Temporary toilet - Minimum rental charge | 1.00 EA | 0.00 | 110.00 | 0.00 | 22.00 | 132.00 |
| 268.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 3,399.78 | 0.00 | 0.00 | 3,399.78 |

Permitting fees are calculated at 3% of the overall estimate cost. This is a preliminary calculation as Permitting fees will be much higher due to the nature of the repairs.

| Totals:  Permits & Additionals | | | | 0.01 | 348.98 | 5,493.67 |
|---|---|---|---|---|---|---|

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 269.  Residential Supervision / Project Management - per hour | 40.00 HR | 0.00 | 65.00 | 0.00 | 520.00 | 3,120.00 |

Coordinate the work of subcontractors and perform other project management duties.  A Superintendent/Project Manager may complete tasks such as, but not limited to, coordinate materials, colors, etc. with owner, create/maintain project schedules, coordinate/meet trades, order materials, inspect job sites, meet with inspectors, etc.  Not included in O&P as qualified by Xactimate

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 270.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 836.00 | 0.00 | 0.00 | 167.20 | 1,003.20 |
| 271.  Negative air fan/Air scrubber (24 hr period) - No monit. | 6.00 DA | 0.00 | 70.00 | 0.00 | 84.00 | 504.00 |
| 272.  Add for HEPA filter (for negative air exhaust fan) | 1.00 EA | 0.00 | 186.45 | 12.25 | 39.76 | 238.46 |

| Totals:  General | | | | 12.25 | 810.96 | 4,865.66 |
|---|---|---|---|---|---|---|

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 273.  Water extract/remediation labor minimum | 1.00 EA | 0.00 | 128.16 | 0.00 | 25.64 | 153.80 |
| 274.  Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 102.31 | 0.00 | 20.46 | 122.77 |
| 275.  Insulation labor minimum | 1.00 EA | 0.00 | 17.69 | 0.00 | 3.54 | 21.23 |
| 276.  Wood floor covering labor minimum | 1.00 EA | 0.00 | 204.13 | 0.00 | 40.82 | 244.95 |

| Totals:  Labor Minimums Applied | | | | 0.00 | 90.46 | 542.75 |
|---|---|---|---|---|---|---|

| **Line Item Totals: 2020-06-14-2041** | | | | **2,115.66** | **18,281.98** | **113,093.98** |
|---|---|---|---|---|---|---|

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

## Grand Total Areas:

| | | | | | |
|---:|---|---:|---|---:|---|
| 7,495.32 | SF Walls | 2,387.05 | SF Ceiling | 9,882.37 | SF Walls and Ceiling |
| 2,448.00 | SF Floor | 272.00 | SY Flooring | 905.01 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 934.44 | LF Ceil. Perimeter |
| | | | | | |
| 2,448.00 | Floor Area | 2,636.64 | Total Area | 6,652.30 | Interior Wall Area |
| 4,225.88 | Exterior Wall Area | 477.76 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 92,696.34 |
| Material Sales Tax | 2,047.51 |
| Storage Rental Tax | 64.75 |
| Subtotal | 94,808.60 |
| Overhead | 9,140.99 |
| Profit | 9,140.99 |
| Laundering Tax | 3.40 |
| **Replacement Cost Value** | **$113,093.98** |
| **Net Claim** | **$113,093.98** |

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7%) | Laundering Tax (2%) | Manuf. Home Tax (6%) | Storage Rental Tax (7%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 9,140.99 | 9,140.99 | 2,047.51 | 3.40 | 0.00 | 64.75 |
| **Total** | | | | | | |
| | **9,140.99** | **9,140.99** | **2,047.51** | **3.40** | **0.00** | **64.75** |

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

## Recap by Room

**Estimate: 2020-06-14-2041**

**Area: Main Level**

| | | |
|---|---|---|
| Kitchen / Family Room | 26,638.04 | 28.74% |
| Pantry | 1,277.45 | 1.38% |
| Stairs | 3,738.58 | 4.03% |
| Living Room | 7,771.74 | 8.38% |
| Closet 1 | 1,058.33 | 1.14% |
| Bedroom 1 | 5,159.32 | 5.57% |
| **Area Subtotal:  Main Level** | **45,643.46** | **49.24%** |

**Area: Second Floor**

| | | |
|---|---|---|
| Bedroom 1 | 5,157.40 | 5.56% |
| Closet 1 | 1,686.81 | 1.82% |
| Bedroom 2 | 6,245.03 | 6.74% |
| Closet 2 | 1,586.61 | 1.71% |
| Open Area 2 | 4,201.12 | 4.53% |
| Stairs | 4,288.45 | 4.63% |
| **Area Subtotal:  Second Floor** | **23,165.42** | **24.99%** |

**Area: Third Floor**

| | | |
|---|---|---|
| Terrace | 8,133.83 | 8.77% |
| **Area Subtotal:  Third Floor** | **8,133.83** | **8.77%** |
| Pack - in & Pack - out | 6,114.21 | 6.60% |
| Permits & Additionals | 5,144.68 | 5.55% |
| General | 4,042.45 | 4.36% |
| Labor Minimums Applied | 452.29 | 0.49% |
| **Subtotal of Areas** | **92,696.34** | **100.00%** |

| | | |
|---|---|---|
| **Total** | **92,696.34** | **100.00%** |

 **Santos Public Adjusters**

3057 NW 82nd Ave #3057
Doral, FL. 33122
Office: (305)-696-7818

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| APPLIANCES | 582.83 | 0.52% |
| CABINETRY | 8,094.94 | 7.16% |
| CONT: GARMENT & SOFT GOODS CLN | 141.50 | 0.13% |
| CLEANING | 603.17 | 0.53% |
| CONTENT MANIPULATION | 647.79 | 0.57% |
| CONT: PACKING,HANDLNG,STORAGE | 5,972.71 | 5.28% |
| GENERAL DEMOLITION | 10,676.81 | 9.44% |
| DOORS | 82.20 | 0.07% |
| DRYWALL | 7,970.17 | 7.05% |
| ELECTRICAL | 290.93 | 0.26% |
| FLOOR COVERING - CERAMIC TILE | 29,950.26 | 26.48% |
| FLOOR COVERING - WOOD | 207.87 | 0.18% |
| FINISH CARPENTRY / TRIMWORK | 3,566.61 | 3.15% |
| FINISH HARDWARE | 330.75 | 0.29% |
| HEAT,  VENT & AIR CONDITIONING | 238.39 | 0.21% |
| INSULATION | 143.13 | 0.13% |
| LABOR ONLY | 3,910.00 | 3.46% |
| LIGHT FIXTURES | 2,103.50 | 1.86% |
| PLUMBING | 834.92 | 0.74% |
| PAINTING | 10,196.45 | 9.02% |
| TEMPORARY REPAIRS | 110.00 | 0.10% |
| WINDOW TREATMENT | 197.58 | 0.17% |
| WALLPAPER | 1,709.44 | 1.51% |
| WATER EXTRACTION & REMEDIATION | 734.61 | 0.65% |
| **O&P Items Subtotal** | **89,296.56** | **78.96%** |

| Non-O&P Items | Total | % |
|---|---:|---:|
| PERMITS AND FEES | 3,399.78 | 3.01% |
| **Non-O&P Items Subtotal** | **3,399.78** | **3.01%** |
| O&P Items Subtotal | 89,296.56 | 78.96% |
| Material Sales Tax | 2,047.51 | 1.81% |
| Storage Rental Tax | 64.75 | 0.06% |
| Overhead | 9,140.99 | 8.08% |
| Profit | 9,140.99 | 8.08% |
| Laundering Tax | 3.40 | 0.00% |
| **Total** | **113,093.98** | **100.00%** |



Kitchen / Family Room

Stairs

Pantry

Living Room

Bathroom

Closet 1

Bedroom 1



N

Main Level





Second Floor



Room1

Small Hallway

Bathroom 3

Terrace

Room4

Room3


N

Third Floor

2020-06-14-2041

7/29/2020     Page: 27