## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 21-cv-22199-BLOOM/Otazo-Reyes

ANA BRACHO,

     Plaintiff,

v.

WESTERN WORLD INSURANCE COMPANY,

     Defendant.

_____/

### ORDER STRIKING INITIAL DISCLOSURES

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff has filed Initial Disclosures, ECF No. [8]. The Local Rules specifically provide that "[i]nitial and expert disclosures and the following discovery requests, responses, objections, notices or any associated proof of service **shall not be filed until they are used in the proceeding or the court orders their filing**: (1) deposition transcripts; (2) interrogatories; (3) requests for documents, electronically stored information or things, or to permit entry upon land; (4) requests for admission; (5) notices of taking depositions or notices of serving subpoenas; and (6) privilege logs." S.D. Fla. L.R. 26.1(b) (emphasis added). Therefore, the filing of these materials at this time is improper.

Accordingly, it is **ORDERED AND ADJUDGED** that **ECF No. [8]** is **STRICKEN**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 21, 2021.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 21-cv-22199-BLOOM/Otazo-Reyes

Copies to:

Counsel of Record