UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-22199-BB

Ana Bracho,

Plaintiff,

v.

Western World Insurance Company,

Defendant.
_____/

# PLAINTIFF'S WITNESS, EXHIBIT, AND EXPERT LISTS

Plaintiff, Ana Bracho, by and through undersigned counsel, hereby files her Witness, Exhibit, and Expert Lists, and states the following:

## Witness List

1. Plaintiff, Ana Bracho, c/o undersigned counsel

2. Gustavo Santos, c/o undersigned counsel

3. Records Custodian for Western World Insurance Company c/o Defense Counsel

4. Corporate Representative of Western World Insurance Company, c/o Defense Counsel

5. Rich Teglia c/o Defense Counsel

6. Ted Fiocati c/o Defense Counsel

7. Any witnesses disclosed by Defendant.

8. Any expert witnesses disclosed by Defendant.

9. All rebuttal witness as necessary.

10. All persons whose depositions were taken in this action.

11. Plaintiff reserves the right to supplement this Witness List as discovery continues.

**Exhibit List**

1. Subject policy issued by Western World Insurance Company.

2. All documents produced to Defendant from Plaintiff.

3. All documents produced by Defendant to Plaintiff.

4. All documents obtained by Defendant through discovery.

5. All documents obtained by Plaintiff through discovery.

6. All reports issued by any of Plaintiff's current experts.

7. Defendant's Answers to Plaintiff's discovery.

8. Any documents to be produced or relied upon by Defendant.

9. All evidence, including photos, of the damaged property and repairs to same.

10. All invoices, receipts, proposals for work, or proof of payment for work performed by Plaintiff's property as a result of the loss.

11. All documents and estimates prepared by Plaintiff's agents, or any documents submitted by Plaintiff's agents regarding the loss sustained to Plaintiff's property.

12. All documents and estimates prepared by anyone on behalf of Defendant, including, but not limited to, experts, adjusters, examiners, and engineers regarding the loss sustained to Plaintiff's property.

13. Any transcripts from any depositions or Recorded Statements taken of witnesses taken in this case along with any and all attachments.

14. All documents, reports, articles, and/or evidence of which the Court takes judicial notice.

15. Any documents, reports, pictures, or forms found in Defendant's entire pre-suit file(s) relating to Plaintiff's property subject to this lawsuit.

16. Plaintiff hereby reserves the right to amend this List as discovery and proceedings herein require and/or dictate.

**Expert Witness Disclosure/List**

1. Raul Rivero and/or representative of Allied Building Inspection Services, 8203 SW 124th Street, Miami, FL 33156. Mr. Rivero is a licensed general contractor. He is expected to testify regarding the costs to repair Plaintiff's damages and any and all requirements relating to compliance with the current building codes relative to the repair and/or rebuilding. The basis of this witness' opinions is his education, experience, inspections and review of all pertinent documentation.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on January 25, 2022, to Douglas M. Cohen, Esquire at dcohen@clausen.com, and we electronically filed the foregoing with the Clerk of Miami-Dade County by using the Florida Courts eFiling Portal.

Property & Casualty Law Group
Counsel for the Insured(s)
2307 Douglas Road, Suite 302
Miami, Florida 33145
Tel.: 305-961-1038

**/s/ Carlos Santi**

Carlos L. Santi, Esq.
Florida Bar No. 70529
csanti@pclawgroup.com