IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

ANA BRACHO,

    Plaintiff,               CASE NO.:    1:21-cv-22199 -BB

vs.

WESTERN WORLD INSURANCE
COMPANY,

    Defendant.

_____/

## NOTICE OF SPECIAL SET HEARING
*(30-Minutes)*

YOU ARE HEREBY NOTIFIED that the undersigned will call up for hearing the following:

|   |   |
|---|---|
| **MATTER:** | **Defendant's Motion to Compel Depositions; Motion to Compel Entry upon Land; Motion to Extend Court Deadlines; and Motion to Compel Better Answers to Discovery** |
| **DATE:** | **Tuesday, March 15, 2021** |
| **TIME:** | **2:30 PM (EST)** |
| **JUDGE:** | **The Honorable Alicia M. Otazo Reyes** |
| **PLACE:** | **C. Clyde Atkins U.S. Courthouse- Via Zoom** <br> **301 North Miami Avenue** <br> **10th floor** <br> **Miami, Florida 33128** |
|   | **Zoom link will be provided by the Court prior to hearing date** |

PLEASE GOVERN YOURSELF ACCORDINGLY.

8044914.1

**I HEREBY CERTIFY** that Counsel for the movant has conferred with all parties and non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 15, 2022, I electronically served the foregoing document on all counsel of record.

    Carlos L. Santi, Esquire
    Property & Casualty Law Group
    2307 Douglas Road, Suite 302
    Miami, FL 33145
    CSanti@pclawgroup.com

Respectfully submitted,
**CLAUSEN MILLER P.C.**

/s/ *Douglas M. Cohen*
 Douglas M. Cohen, Esq.
Florida Bar No: 40857
4830 West Kennedy Blvd. #600
Tampa, Florida 33609
Phone: (813) 519-1013
dcohen@clausen.com
lbaez@clausen.com
karmour@clausen.com
*Counsel for Defendant*

8044914.1