# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 1:21-CV-22199-BLOOM/Otazo-Reyes

ANA BRACHO,

    Plaintiff,

vs.

WESTERN WORLD INSURANCE COMPANY,

    Defendant.

## NOTICE OF APPEARANCE AND NOTICE OF E-MAIL DESIGNATION

**PLEASE TAKE NOTICE** that **DENNIS A. DONET, ESQ.,** of Dennis A. Donet, PA, hereby files this, his Notice of Appearance as Co-Counsel for Plaintiff, **ANA BRACHO**, in connection with any and all proceedings had in the above-styled cause.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Florida Rule of Judicial Administration 2.516, E-Mail addresses for service of all documents required or permitted to be served on all parties in this matter, are as follows:

    Primary E-Mail: Dennis.Donet@Donetlaw.com
    Secondary E-Mail: Vanessa.Ramirez@Donetlaw.com

**DENNIS A. DONET, P.A.**

9100 South Dadeland Boulevard ● Suite 906 ● Miami, FL 33156
Telephone: 305-670-0074 ● Fax: 305-670-0061 ● www.DonetLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2022, the foregoing Notice of Appearance and Notice of E-Mail Designation was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of ECF to counsel of record as listed below:

Clausen Miller P.C.
4830 West Kennedy Blvd. #600
Tampa, FL 33609
Telephone: (813) 519-1013
Attorney for Defendant
DOUGLAS M. COHEN
Florida Bar No.40857
Primary e-mail (eservice only): dcohen@clausen.com
Secondary e-mail: mscott@clausen.com and lbaez@clausen.com

Carlos Santi, Esq.
Florida Bar No. 70529
*Co-counsel for Plaintiff, Ana Bracho*
**PROPERTY & CASUALTY LAW GROUP**
2307 Douglas Rd., Suite 302, Miami, FL 33145
Telephone: (305) 961-1038
Primary e-mail: csanti@pclawgroup.com
Secondary e-mail: mpozo@pclawgroup.com

        **DENNIS A. DONET, P.A.**

        By: /s/ Dennis A. Donet
        **DENNIS A. DONET, ESQ.**
        Florida Bar No.: 129569
        Co-counsel for Plaintiff, **ANA BRACHO**
        9100 S. Dadeland Blvd., Suite 906
        Miami, FL 33156
        Telephone: (305) 670-0074
        Fax: (305) 670-0061
        Email: dennis.donet@donetlaw.com